UPPER HUDSON RYE FLOUR MILLS, INC., Respondent, *v.* BOUTWELL MILLING AND GRAIN COMPANY OF TROY et al., Defendants, and HUGH GALBRAITH, Appellant.

(Argued January 9, 1931; decided February 10, 1931.)

*John T. Norton* for appellant.

*Shirley Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: CRANE and KELLOGG, JJ.